| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** ORIGINAL | DOCKET NUMBER *(Tran. Court)* 92-CR-110 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR 03-30046 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: George Kenneth Harney 245 Dickinson Street Springfield, MA 01108 | DISTRICT N/D of New York (Albany) | DIVISION Criminal |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Frederick J. Scullin, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 8/15/03 — TO 7/30/06 |

OFFENSE

Ct. 1: Conspiracy to Commit Armed Bank Robbery, 18 U.S.C. § 371
Ct. 2: Use and Carry Firearm in Connection with Crime of Violence, 18 924c1&2
Ct. 3: Interstate Transport of Stolen Firearm, 18:922i & 924a 2
Ct. 4: Interstate Transport Firearm where Serial Number Removed and Obliterated, 18 § 922k & 924a 1

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts (Springfield) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/29/03
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/31/03
Effective Date

*[signature] Michael A. Ponsor*
United States District Judge