Prob12B
(7/93)



# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** George K. Harney        **Case Number:** 92-CR-110

**Name of Sentencing Judicial Officer:** Honorable James F. McClure, Jr., U.S. District Court Judge, MD/PA
10/31/03: Jurisdiction transferred to Honorable Michael A. Ponsor, U.S. District Court Judge, D/MA

**Date of Original Sentence:** December 6, 2000

**Original Offense:** Conspiracy to Commit Money Laundering, 18:1956(h)

**Original Sentence:** 41 months Bureau of Prisons, 2 years Supervised Release

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** August 15, 2003

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years
[X]  To modify the conditions of supervision as follows:

**You shall participate in a mental health program as directed by the U.S. Probation Department.**

## CAUSE

George Harney appears to be having difficulty adjusting to life in the community since being released from incarceration for approximately 12 years. Hopefully involvement in mental health counseling will afford him the opportunity to acquire the assistance he needs to become a productive member of society.

Reviewed/Approved by:                                                    Respectfully submitted,

_____        By        _____
Alicia Howarth                                                                        Rachelle Lee
Supervising U.S. Probation Officer                                    U.S. Probation Officer
                                                                                                Date: November 18, 2003

## THE COURT ORDERS
[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

11/19/03
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
# for the
# DISTRICT OF MASSACHUSETTS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**You shall participate in a mental health program as directed by the U.S. Probation Department.**

Witness: _Rachello Lee_    Signed: _[signature]_
U.S. Probation Officer              Probationer or Supervised Releasee

_11-18-03_
DATE

Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** George K. Harney                    **Case Number:** 92-CR-110

**Name of Sentencing Judicial Officer:** Honorable James F. McClure, Jr., U.S. District Court Judge, MD/PA
10/31/03: Jurisdiction transferred to Honorable Michael A. Ponsor, U.S. District Court Judge, D/MA

**Date of Original Sentence:** December 6, 2000

**Original Offense:** Conspiracy to Commit Money Laundering, 18:1956(h)

**Original Sentence:** 41 month Bureau of Prisons, 2 years Supervised Release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** August 15, 2003

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **The defendant shall not commit another federal state or local crime.** |
| | On September 5, 2003, the U.S. Probation Department in the District of Massachusetts was notified that George Harney had been arrested earlier that morning and charged with one count of Assault with Dangerous Weapon, two counts of Assault & Battery Dangerous Weapon and one count of Assault and Battery on a Police Officer in Springfield District Court, Springfield, MA. That same date, he was arraigned in Springfield District Court. The case has been continued to December 11, 2003. |
| 2 | **The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.** |
| | On September 9, 2003, George Harney submitted to a urine screen that returned positive for cocaine. |

<u>U.S. Probation Officer Action:</u>  Mr. Harney was released to supervision on August 15, 2003. Immediately following his arrest on September 5, 2003, our office initiated the transfer of jurisdiction process. Jurisdiction of this case was received on October 31, 2003. With regard to the new criminal charges, based upon conversations with the Assistant District Attorney, it is this officer's understanding that the case against Mr. Harney may not be solid and a likely possibility exists that a conviction may not come to fruition in Springfield District Court. Mr. Harney's version of the events that occurred on the evening of September 5, 2003, indicate that he became involved in a physical altercation with unknown people after he witnessed them severely beating another person in a parking lot.

Prob 12A                                          - 2 -                                    Report on Offender
                                                                                           Under Supervision

On November 18, 2003, an Administrative Hearing was held with Supervising U.S. Probation Officer Alicia Howarth to discuss Mr. Harney's recent arrest and positive urine screen. Mr. Harney vehemently denies having used cocaine or any other illegal substances since his release from incarceration. Since urinalysis screens taken subsequent to George Harney's positive screen on September 9, 2003 have all returned negative, a decision was made to increase the frequency of his urinalysis screens in an effort to make a determination as to whether or not he has in fact reverted to the use of drugs. During the hearing, George Harney admitted to experiencing difficulty adjusting in the community after having served 12 years in custody and he agreed to a modification of his conditions of supervision which would allow him to participate in mental health counseling in an effort to receive additional support in the community.

At this time, based on the above information, the Probation Department is not recommending any action, pending disposition of the new charges. We feel that increased urinalysis and a referral to mental health counseling are sufficient safeguards to allow Mr. Harney to remain in the community at this time.

The Probation Department will keep Your Honor advised as to the disposition of the pending charges and Mr. Harney's continued progress on supervision.

Reviewed/Approved by:                                        Respectfully submitted,

_____                    By    _____
Alicia Howarth                                               Rachelle Lee
Supervising U.S. Probation Officer                           U.S. Probation Officer
                                                             Date: November 18, 2003

[✓]   Approved
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

                                                    _____
                                                    Signature of Judicial Officer

                                                            11/19/03
                                                    _____
                                                    Date